## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| KWASI PAYNE | : | No. 15-376-9 |

### ORDER

**AND NOW**, this _____ day of November, 2021, upon consideration of Kwasi Payne's pro se Motion for Reduction of Sentence (Doc. Nos. 797), the Government's Response in Opposition to his Motion (Doc. No. 803), and Mr. Payne's Reply (Doc. No. 870), it is hereby **ORDERED** that Mr. Payne's Motion for Compassionate Release (Doc. Nos. 797) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1